## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

AltaThera Pharmaceuticals LLC
                              Plaintiff,

v.                                        Case No.: 1:22−cv−04620
                                          Honorable Franklin U. Valderrama

Hyloris Pharmaceuticals SA, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 20, 2022:

MINUTE entry before the Honorable Franklin U. Valderrama: For the reasons stated in the motion, Defendant Hyloris Pharmaceuticals SA's unopposed motion for leave to file under seal [34] is granted. Defendant's unredacted motion to dismiss, supporting declaration, and two exhibits to the motion to dismiss [31] may remain under seal. Defendant has already filed a redacted version [32]. Because R. [32] is simply the redacted version of the sealed motion to dismiss R. [31], the Clerk is instructed to terminate R. [32] as a motion. Mailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.